COASTWISE LUMBER AND SUPPLY COMPANY, INC., Appellant, v. SOUTHERN PINE SALES CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WILLIAM RANDOLPH HEARST, Respondent, v. DEXTER SULPHITE PULP AND PAPER COMPANY, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ALBERT F. ANDERSON, Respondent, v. INDEPENDENT LAMP AND WIRE COMPANY, Appellant.— Order reversed, without costs, and motion granted to the extent only of striking out of the original order for examination the provision requiring Robert K. Dana to produce on his examination the books, records and accounts of the defendant. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ANNIE S. LEEDS, Respondent, v. THE NEWS SYNDICATE COMPANY, INC., Appellant, Impleaded with Others.— Order so far as it grants motion to strike out paragraphs XXIII and XXIV of second amended answer reversed, and motion as to said paragraphs denied, and in other respects order affirmed, without costs, with leave to defendant to serve amended answer connecting the allegations that are allowed to remain in. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, J.

In the Matter of the Application of THE BRILLIANT SILK MANUFACTURING Co., INC., Respondent, for an Order Directing That Arbitration Proceed in the Manner Provided for in Contract with A. W. COWEN & BROS., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOHN F. MacENULTY, Respondent, v. CARNEGIE STEEL COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WILLIAM G. HOUCK and Another, Appellants, v. LIGHTNING RIM CORPORATION and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

DENISE VIRGINIA HUGHES, Appellant, v. JANE C. HUNT and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GEORGE H. BRENNER, Respondent, v. THOMAS S. COCHRAN and Another, Appellants, Impleaded with Others.— Orders affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.